ALVAH KELLOGG, *Appellant, v.* JOHN S. CLARK and others, *as Administrator, etc., Respondents.*— Motion for leave to appeal to the Court of Appeals denied.

HENRY B. HALL, *Respondent, v.* ELIZABETH SHEPARDSON and another, *as Administratrixes, etc., Appellants.*— Motion for leave to appeal to the Court of Appeals denied. HARDIN, J., not sitting.

WILBUR M. BROWN, *as Executor, etc., Respondent, v.* THE SYRACUSE, CHENANGO AND N. Y. RAILROAD COMPANY and others, *Appellants.*— Motion for re-argument denied.

J. FOREMAN WILKINSON, *Respondent, v.* THE SYRACUSE, CHENANGO AND N. Y. RAILROAD COMPANY, *Appellant.* — Motion for re-argument denied.

IN THE MATTER OF THE APPLICATION TO DISBAR OR SUSPEND JOSEPH W. LANG, AN ATTORNEY AND COUNSELOR OF THIS COURT.— Ordered, that the said Joseph W. Lang be suspended from practice until the further order of this court.

MORRIS SCHWARTZ and others, *Respondents, v.* GAMALIEL T. CONINE, *Appellant.*— Order appealed from affirmed, with ten dollars costs and disbursements.

LEROY PARKER and another, *Respondents, v.* GEORGE VAN CAMPEN, *as Administrator, etc.,* and others, *Appellants.*— Order appealed from affirmed, with ten dollars costs and disbursements. *Held,* that the notice requiring the defendant to answer within thirty days instead of twenty, did not prejudice the defendant; and the service of a copy of the verified bill of particulars was regular. HAIGHT, J., not sitting.

MARY A. DONNELLY, *as Executrix, etc., Appellant, v.* JOHN MURRAY, *Respondent.*— Judgment and order affirmed. *Held,* that the executrix took only a power of sale as to the real estate, under the will, and that the title to the land in suit passed to the residuary devisees subject to the execution of the power.

DANIEL BUDLONG *Appellant, v.* HARRIS LEWIS, *as Executor, etc., Respondent.*— Order appealed from reversed, with ten dollars costs and disbursements. *Held,* that as nothing appears in the motion papers showing the materiality of the proposed findings, or that the matters contained in them were not passed upon by the referee in his report, the order sending the case back to the referee for further findings was improvidently granted, even if the court had power to send it back for that purpose, upon which point we express no opinion.

WILLIAM TIFFANY, *Respondent, v.* DAVID H. JUDSON, *Appellant.*— Order affirmed, with ten dollars costs and disbursements.

MARGARET MURPHY, *as Administratrix, etc., Respondent, v.* THE ONONDAGA IRON COMPANY, *Appellant.*— Judgment and order affirmed.